UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FLETMAR TRADING LTD.,

        Plaintiff,

-against-

INTERNATIONAL EQUIPMENT SUPPLIERS, LLC,

        Defendant.
--------------------------------------------------------X

07 CV 3077
ECF CASE

**F.R.C.P. RULE 7.1 DISCLOSURE STATEMENT**

NOW comes plaintiff FLETMAR TRADING, LTD. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

FLETMAR TRADING, LTD. is not a publicly traded company.

Dated: New York, New York
      April 16, 2007
      283-02

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

               By: _____
                              Christopher M. Schierloh (CS-6644)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              212-286-0225