UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
FLETMAR TRADING LTD.,

           Plaintiff,      Case No. 07 CV 3077 (RJH)

    - against -

                            **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIERS,
LLC,.

           Defendant.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                           } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:30 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Jessica Kiely, who is a Executive Administrator for American Express Bank, LTD., at the following address:

    American Express Bank, LTD
    American Express Tower
    200 Vesey Street
    New York, NY 10285

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Keily, who accepted Service on behalf of American Express Bank, LTD., regarding Fletmar Trading, LTD. Ms. Keily, is a Spanish female, she has brown eyes and brown hair. She is approximately 5 feet 8 inches tall and approximately weighs 140 pounds. Ms. Kiely is approximately 27 years of age.

                                                   _____
                                                   IDRIS MAHMOUD
                                                   LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary ... New York
Qua... N... County
Commission ...