UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
FLETMAR TRADING LTD.,

            Plaintiff,      Case No. 07 CV 3077 (RJH)

       - against -

                          **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIES, LLC.,

           Defendant.
- - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                        } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:20 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for fletmar Trading LTD, upon a Mr. Christopher Ronco, who is an Assistant Treasurer for The Bank of New York, at the following address:

> The Bank of New York
> One Wall Street
> New York, NY 10286

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Ronco, who accepted Service on behalf of The Bank of New York., regarding Fletmar Trading LTD. Mr. Ronco, is a white male, he has brown eyes and brown hair. He is approximately 5 feet 8 inches tall and approximately weighs 160 pounds. Mr. Ronco is approximately 35 years of age.

                                            _____
                                            IDRIS MAHMOUD
                                            LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC         CHRISTOPHER M. SCHIERLOH
                             Notary Public, State of New York
                             No. 02SC6152972
                             Qualified in Nassau County
                           Commission Expires Sept. 25, 20__