UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
FLETMAR TRADING LTD.,

                Plaintiff,      Case No. 07 CV 3077 (RJH)

    - against -

                          **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIERS, LLC,.

                Defendant.
- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                          ss.:
COUNTY OF NEW YORK  }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:53 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Linda Platone, who is a Legal Counsel for J.P. Morgan Chase Manhattan Bank, at the following address:

        J.P. Morgan Chase Manhattan Bank
        1 Chase Manhattan Plaza- 20th Fl
        New York, NY 10285

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who accepted Service on behalf of Chase Manhattan Bank., regarding Fletmar Trading, LTD. Ms. Platone, is a White female, she has brown eyes and blonde hair. She is approximately 5 feet 7 inches tall and approximately weighs 160 pounds. Ms. Platone is approximately 55 years of age.

                                          _____
                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
19th day of April, 2007        CHRISTOPHER M. SCHIER...
                                Notary Public, State of New York
                                No. 02SC6152972
                                Qualified in Nassau County
_____  Commission Expires Sept. 25, 20__
NOTARY PUBLIC