UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

FLETMAR TRADING LTD.,

          Plaintiff,          Case No. 07 CV 3077 (RJH)

- against -

                             **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIERS, LLC,.

          Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  } ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:45 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Hilda Cenabre, who is an employee for Standard Chartered Bank, at the following address:

      Standard Charted Bank
      One Madison Avenue
      New York, NY 10010

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Cenabre, who accepted Service on behalf of Standard Chartered Bank., regarding Fletmar Trading, LTD. Ms. Cenabre, is a Asian female, she has brown eyes with glasses and black hair. She is approximately 5 feet 5 inches tall and approximately weighs 120 pounds. Ms. Cenabre is approximately 45 years of age.

                                            _____
                                            IDRIS MAHMOUD
                                            LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

                              CHRISTOPHER M. SCHIERLOH
                              Notary Public, State of New York
                              No. 02SC6152972
                              Qualified in Nassau County
                              Commission Expires Sept. 25, 20__