UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

FLETMAR TRADING LTD.,

               Plaintiff,        Case No. 07 CV 3077 (RJH)

      - against -

                              **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIERS,
LLC,.

              Defendant.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                            } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:40 p..m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Patricia McElveen, who is a Senior Paralegal for ABN AMNO, Inc., ., at the following address:

        ABN AMNO, Inc.
        55 East 52 Street
        New York, NY 10055

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McElveen, who accepted Service on behalf of ABN AMRO, Inc., regarding Fletmar Trading, LTD. Ms. McElveen, is a Blcak female, she has brown eyes with glasses and black grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Ms. McElveen is approximately 55 years of age.

                                                _____
                                                IDRIS MAHMOUD
                                                LIC# 1151131

Sworn to before me this
19th day of April, 2007

                              CHRISTOPHER M. SCHIERLOH
                              Notary Public, State of New York
                              No. 02SC6152972
                              Qualified in Nassau County
                              Commission Expires Sept. 25, 20__

_____
NOTARY PUBLIC