UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
FLETMAR TRADING LTD.,
:
               Plaintiff,        Case No. 07 CV 3077 (RJH )

    - against -
:
                                **AFFIDAVIT OF SERVICE**
:
INTERNATIONAL EQUIPMENT SUPPLIERS,
LLC,.

:
               Defendant.
---------------------------------- x
STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:55 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Kera Scott-Byr, who is a Paralegal for Deutsche Bank., at the following address:

       Deutsche Bank.
       345 Park Avenue
       New York, NY 10154

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Scott-Byr, who accepted Service on behalf of Deutsche Bank., regarding Fletmar Trading, LTD. Ms. Scott-Byr, is a Black female, she has brown eyes and brown hair. She is approximately 5 feet 10 inches tall and approximately weighs 130 pounds. Ms. Scott-Byr is approximately 27 years of age.

                                                    IDRIS MAHMOUD
                                                    LIC# 1151131

Sworn to before me this
19th day of April, 2007

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__

NOTARY PUBLIC