UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
FLETMAR TRADING LTD.,

           Plaintiff,        Case No. 07 CV 3077 (RJH)

   - against -

                            **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIERS,
LLC,.

           Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:07 p..m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Rana T. Roberts, who is a Service Banker for Wachovia., at the following address:

      Wachovia
      360 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Roberts, who accepted Service on behalf of Wachovia., regarding Fletmar Trading, LTD. Ms. Roberts, is a black female, she has brown eyes and black hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Ms. Roberts is approximately 30 years of age.

                                                  _____
                                                  IDRIS MAHMOUD
                                                  LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

                          CHRISTOPHER M. SCHIERLOH
                          Notary Public, State of New York
                          No. 02SC6152972
                          Qualified in Nassau County
                          Commission Expires Sept. 25, 20__