UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
FLETMAR TRADING LTD.,
 :
           Plaintiff,      Case No. 07 CV 3077 (RJH )

      - against -
                **AFFIDAVIT OF SERVICE**
 :
INTERNATIONAL EQUIPMENT SUPPLIERS, LLC,.

 :
           Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                           } ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:55 p..m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Mr. Louis Dhanraj, who is an Assistant Manager for Bank of America., at the following address:

      Bank of America
      56 East 42nd Street
      New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Dhanraj, who accepted Service on behalf of Bank of America, regarding Fletmar Trading, LTD. Mr. Dhanraj, is of Indian decent , he has brown eyes and black hair. He is approximately 5 feet 7 inches tall and approximately weighs 160 pounds. Mr. Dhanraj is approximately 30 years of age.

                                          _____
                                          IDRIS MAHMOUD
                                          LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

                  CHRISTOPHER M. SCHIERLOH
                  Notary Public, State of New York
                        No. 02SC6152972
                   Qualified in Nassau County
                Commission Expires Sept. 25, 20__