UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
FLETMAR TRADING LTD.,

          Plaintiff,      Case No. 07 CV 3077 (RJH )

   - against -

                               **AFFIDAVIT OF SERVICE**

INTERNATIONAL EQUIPMENT SUPPLIERS,
LLC,.

          Defendant.
- - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                           ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:15 p..m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Fletmar Trading LTD., upon a Ms. Vivian M. Jurich, who is an Assistant Vice President & Assistant Manager for HSBC, ., at the following address:

      HSBC
      415 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Jurich, who accepted Service on behalf of HSBC., regarding Fletmar Trading, LTD. Ms. Jurich, is a White female, she has brown eyes and brown hair. She is approximately 5 feet 6 inches tall and approximately weighs 140 pounds. Ms. Jurich is approximately 50 years of age.

                                              _____
                                              IDRIS MAHMOUD
                                              LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC    CHRISTOPHER M. SCHIERLOH
                            Notary Public, State of New York
                            No. 02SC6152972
                            Qualified in Nassau County
                            Commission Expires Sept. 25, 20__