RECEIVED
JAN 23 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FLETMAR TRADING LTD.,

                Plaintiff,

       -against-

INTERNATIONAL EQUIPMENT SUPPLIERS,
LLC,
                Defendant.
-----------------------------------------------------------X

07 CV 3077 (RJH)
ECF CASE

**NOTICE AND ORDER
OF
VOLUNTARY
DISCONTINUANCE**

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       January 18, 2008

                         CASEY & BARNETT, LLC
                         Attorneys for Plaintiff

         By: _____
                         Christopher M. Schierloh (CS-6644)
                         317 Madison Avenue, 21st Floor
                         New York, New York 10017
                         (212) 286-0225

SO ORDERED:

_____
U.S.D.C.
1-25-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08